IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES,<br><br>                Petitioner,<br><br>   v.<br><br>GEORGE GALAZA, Warden,<br><br>                Respondent. | No. C 02-2279 JSW<br><br>[PROPOSED] SEALING ORDER |

Upon application of the Petitioner and for good cause shown, the following documents are hereby placed under seal: PETITIONER'S EX PARTE APPLICATION FOR PERMISSION TO PROCEED EX PARTE AND UNDER SEAL, and DECLARATION OF JOYCE LEAVITT.

IT IS SO ORDERED.

Dated: April 1, 2006

_____
JEFFREY S. WHITE
United States District Judge

GONZALES SEALING ORDER            - 1 -