IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE GALAZA, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 02-2279 JSW <br><br> [**PROPOSED**] ORDER |

    For good cause show, petitioner's request for extension of time is GRANTED. The supplemental status report is due on June 20, 2006.   This will be the only extension of time.

    IT IS SO ORDERED.

Dated:   June 15, 2006

_____
JEFFREY S. WHITE
United States District Judge

GONZALES ORDER                - 1 -