IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, ) | |
| ) | No. C 02-2279 JSW |
| Petitioner, ) | |
| ) | [PROPOSED] ORDER |
| v. ) | CONTINUING STAY AND |
| ) | ADMINISTRATIVELY |
| GEORGE GALAZA, Warden, ) | CLOSING HABEAS PETITION |
| ) | |
| Respondent. ) | |
| ) | |

For good cause shown, the stay of proceedings shall remain in effect. Counsel for petitioner shall file a state habeas petition with the California Supreme Court no later than August 31, 2006. Should the California Supreme Court deny petitioner relief, counsel for petitioner shall file an amended habeas petition with this Court within 30 days of the date of the California Supreme Court's order. The clerk shall administratively close the file pending the stay of this action.

IT IS SO ORDERED.

Dated: July 14, 2006

_____
JEFFREY S. WHITE
United States District Judge

GONZALES ORDER                - 1 -