IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, | No. C 02-02279 JSW |
| Petitioner, | |
| v. | **ORDER VACATING HEARING DATE** |
| SHERIFF LEROY BACA, SECRETARY JAMES E. TILTON, and A.K. SCRIBNER, Warden, | |
| Respondents. | |

Petitioner's motion to file first amended petition and Respondents' motion to dismiss the petition are currently set for hearing on Friday, February 2, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that the matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for February 2, 2007 is HEREBY VACATED. An order resolving the motions shall follow.

**IT IS SO ORDERED.**

Dated: January 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE