E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN GONZALES, )
  ) No. C 02-2279 JSW
    Petitioner, )
  ) [PROPOSED] ORDER
v. )
  )
GEORGE GALAZA, Warden, )
  )
    Respondent. )
_____)

For good cause shown, the stay of proceedings shall remain in effect. Counsel for petitioner shall file a status report within 120 days of the date of this Order. Should the state court competency proceedings resolve before that date, counsel for petitioner shall promptly notify this Court and counsel for respondent, and the parties should propose a briefing schedule on the issue of equitable tolling.

IT IS SO ORDERED.

Dated: AUG 2 0 2007 ~~August 21, 2007~~

JEFFREY S. WHITE
United States District Judge

GONZALES ORDER    - 1 -