IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>GEORGE GALAZA, Warden,<br><br>　　　　　　Respondent. | No. C 02-2279 JSW<br><br>[~~PROPOSED~~] ORDER |

　　　For good cause shown, this matter shall be stayed. Counsel for petitioner shall file a status report or appropriate motion on January 30, 2008.

　　　IT IS SO ORDERED.

Dated:　November 19, 2007

_____
JEFFREY S. WHITE
United States District Judge

GONZALES ORDER　　　　　　　　　　- 1 -