IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN GONZALES,

    Petitioner,

v.

GEORGE GALAZA, Warden,

    Respondent.

No. C 02-2279 JSW

[~~PROPOSED~~] ORDER

    For good cause shown, this matter shall be stayed. Counsel for petitioner shall file a status report or appropriate motion on ~~March 31, 2008~~. March 28, 2008.

    IT IS SO ORDERED.

Dated: January 28, 2008

_____
JEFFREY S. WHITE
United States District Judge

GONZALES ORDER      - 1 -