IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, | No. C 02-02279 JSW |
| Petitioner, | |
| v. | **ORDER RE STATUS SUBMISSION** |
| SHERIFF LEROY BACA, SECRETARY JAMES E. TILTON, and A.K. SCRIBNER, Warden, | |
| Respondents. | |

On March 27, 2008, the Court received Petitioner's status report indicating that Mr. Gonzales had agreed to plead guilty in Los Angeles and had agreed to dismiss this action. However, Mr. Gonzales unsuccessfully sought to withdraw his plea and has refused to dismiss this action. Therefore, the petition for writ of habeas corpus still remains active on this Court's docket. The Court therefore issues this Order, requiring a request for dismissal of this action or some other, appropriate response to the status report submitted by counsel for Petitioner by no later than August 22, 2008.

**IT IS SO ORDERED.**

Dated: August 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE