IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BENJAMIN GONZALES,** <br><br> Petitioner, <br><br> v. <br><br> **SHERIFF LEROY BACA, JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation, A. K. SCRIBNER, Warden,** <br><br> Respondent. | C 02-2279 JSW <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

Upon motion of respondent and for good cause shown, the deadline for filing the answer to the first amended petition for writ of habeas corpus is extended until Monday, January 5, 2009.

IT IS SO ORDERED.

DATED: November 24, 2008.

_____
JEFFREY S. WHITE
United States District Judge

Order Granting Motion For Extension of Time to File Answer to First Amended
Petition For Writ of Habeas Corpus

Gonzales v. Baca, et al.
C 02-2279 JSW

1