BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555-12th Street, Suite 650
Oakland, CA  94607
Telephone:  (510) 637-3500

Counsel for Petitioner GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, | No. C 02-2279 JSW |
| Petitioner, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| vs. | |
| JAMES WALKER, Warden, California State Prison – Sacramento, | |
| Respondent. | |

For good cause shown, Petitioner's Motion for Extension of Time to File Traverse to Answer to First Amended Petition for Writ of Habeas Corpus is GRANTED.  Petitioner's Traverse is due March 4, 2009.

IT IS SO ORDERED

Dated:     January 26, 2009

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER                                1