IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GONZALES,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>JAMES WALKER, Warden, California State Prison -- Sacramento,<br><br>　　　　　　　　　　　Respondent. | C 02-2279 JSW<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO FILE AN OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS<br><br>Hearing: January ___, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: The Honorable Jeffrey S. White |

Upon motion of respondent and for good cause show, respondent is permitted to file a 54-page memorandum of points and authorities in support of his answer.

IT IS SO ORDERED.

DATED: March 5, 2009



THE HON. JEFFREY S. WHITE
United States District Judge