IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALES, ) | No. C 02-2279 JSW |
| ) | |
| Petitioner, ) | [PROPOSED] ORDER GRANTING |
| ) | LEAVE TO FILE BRIEF IN EXCESS OF |
| vs. ) | 15 PAGES |
| ) | |
| JAMES WALKER, Warden, California State ) | |
| Prison – Sacramento, ) | |
| ) | |
| Respondent. ) | |

For good cause shown, the Court hereby grants Benjamin Gonzales, petitioner, leave to file a traverse in excess of 15 pages.

IT IS SO ORDERED.

Dated: March 5, 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

*Gonzales v. Walker,* C 02-2279 JSW
GONZALES/OVERSIZE BRIEF ORDER            1